## No. 13,247.

FRAZER, ADMINISTRATOR ET AL. *v.* FLEMING, ADMINISTRATOR.
(37 P. [2d] 1119)

Decided November 19, 1934.

Judgment affirmed in department without written opinion. Mr. Chief Justice Adams, Mr. Justice Burke and Mr. Justice Holland participating.

Mr. A. J. FOWLER, Mr. ERNEST B. FOWLER, for plaintiffs in error.

Messrs. BLOUNT, SILVERSTEIN & ROSNER, for defendant in error.